**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert SHIPP, Defendant–Appellant.**

No. 05–1486.

United States Court of Appeals,
Seventh Circuit.

Submitted June 29, 2005.

Decided July 5, 2005.

Morris Pasqual, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Robert Shipp, Florence, CO, pro se.

Before POSNER, KANNE, and EVANS, Circuit Judges.

## ORDER

On October 5, 2004, Robert Shipp filed, with the district court, a document entitled "Motion for Modification of an Imposed Term of Imprisonment Under 18 U.S.C. § 3582(c)(2)." The district court issued an order properly recharacterizing Shipp's motion as a collateral attack under 28 U.S.C. § 2255 and denied his motion because it was filed without our permission. In essence, what Shipp wanted was reconsideration of the sentence he received more than a decade ago following his conviction in 1993 on various counts of a superseding indictment charging several narcotics-related offenses.

Shipp's October 5, 2004, filing was obviously a "second and successive petition" to vacate his sentence under § 2255. Because he cannot rely on the Supreme Court's decision in *United States v. Booker*, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), which is not retroactive to cases on collateral review, we cannot authorize him to proceed with a second kick at this long-dead cat. Accordingly, we AFFIRM the district court's denial of Shipp's motion.